UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:19-CV-00199-EJD |
| Plaintiff, | |
| v. | **ORDER** |
| TEMK INVESTMENTS – CAPITOL LLC, a California Limited Liability Company; THIEN HUONG SANDWICHES, a California Corporation; and Does 1-10, | |
| Defendants. | |

**<u>ORDER</u>**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____    _____

HONORABLE EDWARD J. DAVILA
United States District Judge

Notice of Settlement          -1-          5:19-CV-00199-EJD