# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>TEMK INVESTMENTS – CAPITOL LLC, a California Limited Liability Company; THIEN HUONG SANDWICHES, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-CV-00199-EJD<br><br>MODIFIED<br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.** The Court sets an Order to Show Cause re settlement for June 27, 2019 at 10:00 a.m. Response to OSC or Dismissal due June 17, 2019. All other deadlines/hearings are vacated.

Dated: 4/17/2019

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

Notice of Settlement                    -1-                    5:19-CV-00199-EJD