| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Chris Carson, Esq., SBN 280048 |
| 2 | Dennis Price, Esq., SBN 279082 |
| | Amanda Seabock, Esq., SBN 289900 |
| 3 | <u>Mail</u>: PO Box 262490 |
| | San Diego, CA 92196-2490 |
| 4 | <u>Delivery</u>: 9845 Erma Road, Suite 300 |
| | San Diego, CA 92131 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| | phylg@potterhandy.com |
| 6 | Attorneys for Plaintiff |

1  CENTER FOR DISABILITY ACCESS
    Chris Carson, Esq., SBN 280048
2   Dennis Price, Esq., SBN 279082
    Amanda Seabock, Esq., SBN 289900
3   <u>Mail</u>: PO Box 262490
    San Diego, CA 92196-2490
4   <u>Delivery</u>: 9845 Erma Road, Suite 300
    San Diego, CA 92131
5   (858) 375-7385; (888) 422-5191 fax
    phylg@potterhandy.com
6   Attorneys for Plaintiff

7   DAVID HAMERSLOUGH (SBN 95010)
    ROSSI, HAMERSLOUGH, REISCHL & CHUCK
8   1960 The Alameda, Suite 200
    San Jose, CA 95126-1493
9   Tel: (408)261-4252
    Fax: (408)261-4292
10  daye@rhrc.net
    Attorneys for Defendant
    Thien Huong Sandwiches

11  MELISSA T. DAUGHERTY (SBN: 227451)
12  Melissa.Daugherty@lewisbrisbois.com
    LEWIS BRISBOIS BISGAARD & SMITH LLP
13  633 West 5th Street, Suite 4000
    Los Angeles, California 90071
14  Telephone: (213) 250-1800
    Facsimile: (213) 250-7900
15  Attorney for Defendant
    Temk Investments – Capitol LLC

16                  UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA

18  SCOTT JOHNSON,                           Case No.: 5:19-CV-00199-EJD

19          Plaintiff,                       **JOINT STIPULATION FOR**
                                             **DISMISSAL WITH PREJUDICE**
20     v.                                    **PURSUANT TO**
                                             **F.R.C.P. 41 (a)(1)(A)(ii)**
21  TEMK INVESTMENTS – CAPITOL LLC, a
    California Limited Liability Company;
22  THIEN HUONG SANDWICHES, a
    California Corporation; and Does 1-10,
23
            Defendants.
24

27      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

28  parties hereto that this action shall be dismissed with prejudice as to all parties, with

each party bearing his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of the parties pursuant to the terms and conditions of the Settlement Agreement and Release executed by all parties.

Dated: July 18, 2019              CENTER FOR DISABILITY ACCESS

                                  By:   /s/ Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
                                        Attorneys for Plaintiff

Dated: July 18, 2019              ROSSI, HAMERSLOUGH, REISCHL & CHUCK

                                  By:   /s/ David Hamerslough
                                        David Hamerslough
                                        Attorney for Defendant
                                        Thien Huong Sandwiches

Dated: July 18, 2019              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By:   /s/ Melissa T. Daugherty
                                        Melissa T. Daugherty
                                        Attorney for Defendant
                                        Temk Investments – Capitol LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to David Hamerslough, counsel for Thien Huong Sandwiches and Melissa T. Daugherty counsel for Temk Investments – Capitol LLC and that I have obtained authorization to affix their electronic signature to this document.

Dated: July 18, 2019                CENTER FOR DISABILITY ACCESS

                                         By:   /s/ Amanda Lockhart Seabock
                                                         Amanda Lockhart Seabock
                                                         Attorneys for Plaintiff