CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DAVID HAMERSLOUGH (SBN 95010)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408)261-4252
Fax: (408)261-4292
daye@rhrc.net
Attorneys for Defendant
Thien Huong Sandwiches

MELISSA T. DAUGHERTY (SBN: 227451)
Melissa.Daugherty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Attorney for Defendant
Temk Investments – Capitol LLC

**APPROVED**
Judge Edward J. Davila
7/19/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TEMK INVESTMENTS – CAPITOL LLC, a California Limited Liability Company; THIEN HUONG SANDWICHES, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-CV-00199-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action shall be dismissed with prejudice as to all parties, with

each party bearing his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of the parties pursuant to the terms and conditions of the Settlement Agreement and Release executed by all parties.

Dated: July 18, 2019          CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff

Dated: July 18, 2019          ROSSI, HAMERSLOUGH, REISCHL & CHUCK

By:   /s/ David Hamerslough
      David Hamerslough
      Attorney for Defendant
      Thien Huong Sandwiches

Dated: July 18, 2019          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Melissa T. Daugherty
      Melissa T. Daugherty
      Attorney for Defendant
      Temk Investments – Capitol LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David Hamerslough, counsel for Thien Huong Sandwiches and Melissa T. Daugherty counsel for Temk Investments – Capitol LLC and that I have obtained authorization to affix their electronic signature to this document.

Dated: July 18, 2019                         CENTER FOR DISABILITY ACCESS

                                                By:   /s/ Amanda Lockhart Seabock
                                                        Amanda Lockhart Seabock
                                                        Attorneys for Plaintiff